*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

       Plaintiff-Appellee,

v

DWUAN TAMAUL PARKMAN,

       Defendant-Appellant.

UNPUBLISHED
February 11, 2021

No. 340943
Wayne Circuit Court
LC No. 16-006766-01-FC

AFTER REMAND

Before: RIORDAN, P.J., and JANSEN and STEPHENS, JJ.

STEPHENS, J. (*concurring*)

       I concur in result only.

       /s/ Cynthia Diane Stephens

-1-